IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
FEB 06 2018
Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| AMERICAN RELIABLE INSURANCE COMPANY, Plaintiff, vs. GENE S. RIDER, KATHRYN HARRIS, and LYNN HARRIS, Defendants. | CV 17–158–M–DWM ORDER |

Plaintiff American Reliable Insurance Company requests a stay in this matter until the underlying action is resolved. (Doc. 9.) However, American does not explain why a stay is merited, and the bald statement that the parties agree a stay is appropriate in light of the First Amended Counterclaim filed in the underlying action does not alone provide "good cause for delay." Fed. R. Civ. P. 16(b)(2). Nor does that conclusion take into account the duty the parties share "to secure the just, speedy, and inexpensive determination" of this matter. Fed. R. Civ. P. 1. Accordingly,

IT IS ORDERED that the motion (Doc. 9) is DENIED subject to renewal upon reasonable explanation of good cause for a stay.

-1-

DATED this 6th day of February, 2018.

_____
Donald W. Molloy, District Judge
United States District Court