IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| AMERICAN RELIABLE INSURANCE COMPANY, | CV 17–158–DWM |
| Plaintiff, | ORDER |
| vs. | |
| GENE S. RIDER, KATHRYN HARRIS, and LYNN HARRIS, | |
| Defendants. | |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITHOUT PREJUDICE, each party to pay its own costs. The preliminary pretrial conference set for February 21, 2019, and all associated deadlines are VACATED.

DATED this 10th day of January, 2019.

Donald W. Molloy, District Judge
United States District Court